# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Kenneth Kube

                    Plaintiff,

v.                                      Case No.: 1:09–cv–05875
                                        Honorable Ruben Castillo

Miramed Revenue Group, LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 7, 2010:

        MINUTE entry before Honorable Ruben Castillo:Settlement conference held in chambers on 1/7/2010. Full, confidential settlement reached. Defendant's motion to vacate entry of default and for extension of time to answer or otherwise plead [10] is granted. No answer will be required. This case is dismissed without prejudice subject to a dismissal with prejudice upon the filing of a stipulation or appropriate settlement documents.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.