## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH KUBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:09-cv-05875 |
| | ) | |
| MIRAMED REVENUE GROUP, LLC | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL

KENNETH KUBE (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, MIRAMED REVENUE GROUP, LLC (Defendant), in this case.

DATED:  February 22, 2010          KROHN & MOSS, LTD.

                            By:_____/s/ Adam Hill_____ _____
                                [ ]Adam Hill
                                Attorneys for Plaintiff
                                Krohn & Moss, Ltd.
                                10474 Santa Monica Blvd, Suite 401
                                Los Angeles, CA 90025